GASPAR SENIA, Appellant, v. SALVATORE POLIZZI et al., Respondents, et al., Defendant.—

No opinion. Ughetta, Acting P. J., Christ, Brennan, Hill and Rabin, JJ., concur.

PHILIP SHAFER, Respondent, v. EULA CURTIS et al., Appellants.—

No opinion. On appeal by defendant Walter E. Curtis, Jr.: Appeal dismissed, without costs. The action had been discontinued against said defendant; he is not a party aggrieved, in any event; the judgment is against the other defendant only. Ughetta, Acting P. J., Kleinfeld, Brennan, Hill and Hopkins, JJ., concur.

SOUTHRIDGE COOPERATIVE SECTION 3, INC., Respondent, v. SOUTHRIDGE CONSTRUCTION CORP. et al., Appellants, et al., Defendants.—

No opinion. The time of said defendants to answer the complaint is extended until 20 days after entry of the order hereon. Beldock, P. J., Brennan, Hill, Rabin and Hopkins, JJ., concur.